**FILED**

FEB 06 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:23-CT-3038-FL

(To be filled out by Clerk's Office only)

Qua'jon Antonio Canty

Inmate Number 137339

*(In the space above enter the full name(s) of the plaintiff(s).)*

## COMPLAINT

-against-

*(Pro Se Prisoner)*

Jury Demand?
☐ Yes
☑ No

NEW Hanover County Sheriff office (NHCSO)
and, NHCSO deputies Corporal. J. Beegle,
J. Koonce and A. Terwilliger. 2.) City of
Wilmington N.C Police Department (WPD) See Attached #1

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Attachment #1

and WPD Officer. B.T. Pinero.

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Quajion Antonio Canty
Name

#137339
Prisoner ID #

New Hanover County Detention Facility
Place of Detention

3950 Juvenile Center road
Institutional Address

Castle Hayne                    N,C                    28429
City                            State                  Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑    Pretrial detainee    ☐ State      ☐ Federal

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: New Hanover County Sheriff office (NHCSO)
Name

New Hanover County Sheriff office
Current Job Title

3950 Juvenile Center road
Current Work Address

Castle Hayne          NC          28429
City                  State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: Deputy Corporal. J. Beegle
Name

New Hanover County Sheriff Deputy
Current Job Title

3950 Juvenile Center road
Current Work Address

Castle Hayne          NC          28429
City                  State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

See Attached #2

## Defendant(s) Continued

Defendant 3: Deputy John Koonce
Name

New Hanover County Sheriff Deputy
Current Job Title

3950 Juvenile Center road
Current Work Address

Castle Hayne                N.C                28429
City                        State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4: Deputy A. Terwilliger
Name

New Hanover County Sheriff Deputy
Current Job Title

3950 Juvenile Center road
Current Work Address

Castle Hayne                N.C                28429
City                        State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Attachment #2

Defendant 5: City of wilmington N.C police Department (WPD)
_____ Name

Wilmington North Carolina poilce Department
Current Job title
615 BeSS Street
Current work Address
wilmington        N.C           28401
City              State         zip code

Capacity in which being Sued: ☐Indivival ☐OFFicial ☑Both


Defendant 6: OFFicer B.T. Pineiro
_____ Name

Wilmington North Carolina Police OFFicer
Current Job title
615 BeSS Street
Current work Address
Wilmington        N.C           28401
City              State         zip Code

Capacity in Which being sued: ☐Indivival ☐OFFicial ☑Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 2100 block of Princess Place Drive Wilmington N.C 28401 See Attached #3

Date(s) of occurrence: May 23rd 2020 — July 16th 2021

State which of your federal constitutional or federal statutory rights have been violated:

fourth Amendment, fifth Amendment, and fourteenth Amendment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

1.) On May 23rd, 2020 my car was pulled over by WPD Officer B.T. Pineiro and NHCSO Deputy John Koonce. Both officials state they saw a sliver blueish infiniti G35, traveling west on Princess Place Drive without any working tag light (which was false). Officer B.T. Pineiro made u-turn and got behind the infiniti and turned on his blue lights and sirens and called for "back up." 2.) I pulled the vehicle over to the right side of the road. I was detained and supervised by "back up" Deputy A. Terwilliger while Officer B.T. Pineiro, Deputy John Koonce, and "back up" Deputy Cpl. J. Beegle searched my vehicle. During the search of my car officials

Found 244.07 grams of marijuana, 2 Iphones, 1 Trac phone and and $866 USD. 3.) I was then transported to the Wilmington police department. Where I was strip searched by the four officials involved in the traffic stop. During the strip search officials found 56.16 grams of cocaine. In result of the illegal search and seizure, eight felony charges and four misdemeanors were brought against me. I was then taken to the new Hanover

Attachment #3

Place(s) of occurence: 2.) wilmington police department, wilmington N.C 28401
                        3.) New Hanover county jail, Castle Hayne, N.C 28429
                        4.) Craven Correctional, Vanceboro, N.C 28586
                        5.) Bertie Correctional, Windsor, N.C 27983
                        6.) New Hanover county jail, Castle Hayne N.C
                        28429

Attachment #4
  (Short Form)

(NHCSO) and NHCSO Deputies Corporal J. Beegle, John Koonce
and A. Terwilliger. 2.) City of wilmington N,C Police Department (WPD)
and WPD officer B.T. Pineiro.
              Defendant/Respondent

County jail and given an $250,000 secured bond that I could not afford.

What happened to you?

1.) At the time of the incident I was on parole. So having those charges pressed against me violated my parole and activated my nine month sentence. I was sent to prison to serve my parole time. When I returned to the New Hanover County jail I was served with a federal indictment on the charges brought against me on May 23rd 2020. Being that the charges were no longer state offenses, my bond was taken away. So posting bail was no longer an option even if I could have come up with the money. 2.) While unlawfully incarcerated I lost my job, my car and apartment, also I had to pay for a state attorney before my case went federal. Most importantly I missed the birth of my only child and the first 13 months of his life, time I'll never get back. Plus my fiancée was raising my son alone with a brain disease that causes strokes. Furthermore I was facing 15 to 19 years in prison because the illegal search and seizure, until the charges were dismissed July 14th 2021 through a motion to suppress evidence.

When did it happen to you?

1.) All these events occurred between May 23rd 2020 and July 16th 2021

Where did it happen to you?

1.) 2100 block of Princess Place Drive, Wilmington N.C. 28401
2.) Wilmington police Department, Wilmington N.C. 28401
3.) New Hanover County jail, Castle Hayne N.C. 28429
4.) Craven Correctional, Vanceboro N.C. 28586
5.) Bertie Correctional, Windsor N.C. 27983
6.) New Hanover County jail, Castle Hayne N.C. 28429

Case 5:23-ct-03038-FL-RJ   Document 1   Filed 02/06/23   Page 10 of 14

What was your injury?

My injuries were illegal search and seizure, unlawful arrest and incarceration, denial of due process, loss of liberty, mental anguish and emotional distress, and loss of finances and personal property.

Case 5:23-ct-03038-FL-RJ   Document 1   Filed 02/06/23   Page 11 of 14

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☐ Yes   ☑ No

If no, explain why not:

I do not know what the grievance process would be since my complaint is not about prison conditions. When the charges were dismissed I was released from custody. I tried to find a lawyer to help me file my complaint, but being that I had no money. None of the lawyers were willing to help. And I did not know how to file it myself.

Is the grievance process completed?   ☐ Yes   ☑ No

If no, explain why not:

explained above.

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I want to be rewarded $250,000 in Compensatory damages by the defendants for my losses and personal and irreparable injuries caused by thier malfeasance.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?                    ☐ Yes     ☒ No

      If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

1-31-2023
Dated

Qua'jon Canty
Plaintiff's Signature

Qua'Jon Antonio Canty
Printed Name

#137339
Prison Identification #

3950 Juvenile Center Road, Castle Hayne, N.C 28429
Prison Address                City              State    Zip Code

Case 5:23-ct-03038-FL-RJ   Document 1   Filed 02/06/23   Page 14 of 14